# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM, | Case No. 1:21-cv-01399-NONE-BAM |
| Plaintiff, | ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |
| v. | |
| ARDEN FAIR ASSOCIATES dba FOREVER 21 SACRAMENTO, | |
| Defendants. | |

Plaintiff Fernando Gastelum ("Plaintiff"), an Arizona resident proceeding *pro se*, filed a civil action asserting American's Disability Act ("ADA") violations. (Doc. No. 1.) In his complaint, Plaintiff alleges the ADA violations took place in Sacramento County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. Therefore, the complaint in this action should have been filed in the Sacramento Division of the Eastern District of California. 28 U.S.C. § 1391(b)(2).

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the Sacramento Division.

///

///

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

3. This Court has not issued any new case documents or summonses in connection with the action.

IT IS SO ORDERED.

Dated: __September 21, 2021__            /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE